IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUTHEE GOLDKORN,

        Plaintiff,

v.

HOST HOTELS & RESORTS, L.P., dba HYATT REGENCY SAN FRANCISCO AIRPORT, et al.,

        Defendants.

No. C-16-0695 TEH

**ORDER OF DISMISSAL**

The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 11, 2016

THELTON E. HENDERSON
United States District Judge